UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

BECKY L. TOMAN, )
Personal Representative of the Estate of )
RAJKUMAR (ROGER) A. THADANI, )
                                                        Plaintiff, )

vs. )   No.

SHANE M. ADLER and AAA INSURANCE )
COMPANY, )
                                            Defendants. )

08 CV 18
Judge St. Eve
Magistrate Cox

PLAINTIFF DEMANDS
TRIAL BY JURY

FILED
JAN 0 2 2008
Jan 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

NOW COMES the Plaintiff, BECKY L. TOMAN, Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, by and through her attorneys, LAW OFFICES OF MICHAEL A. MESCHINO, and Complaining of the Defendants, SHANE M. ADLER and AAA INSURANCE COMPANY and states as follows:

### Allegations to All Counts

1.    That on December 17, 2007, BECKY L. TOMAN was appointed as the Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, by the Honorable Judge John P. Roemer of the Circuit Court of Juneau County, State of Wisconsin. That said Estate was opened under Case No. 07-PR-89.

2.    That BECKY L. TOMAN was appointed as Personal Representative as she is the mother and natural guardian of GABRIELLE LYNN TOMAN, born January 8, 1995. That GABRIELLE LYNN TOMAN was determined by the Court to be the only heir of the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI.

3. That BECKY LYNN TOMAN and GABRIELLE LYNN TOMAN are residents of the State of Illinois and currently reside at 223 W. Lake Cook Road, Apt. 4, Palatine, Illinois 60074.

4. That RAJKUMAR (ROGER) A. THADANI, was declared to be the natural father of minor child, GABRIELLE LYNN TOMAN, born January 8, 1995 by a Judgment of Parentage entered on September 17, 1999 by the Circuit Court of the Nineteenth Judicial Circuit (now 22nd Judicial Circuit) for McHenry County, Illinois. That said Judgment of Parentage found the Plaintiff's Decedent to be the father of GABRIELLE LYNN TOMAN and set forth a support schedule including but not limited to child support, daycare expenses, the providing of medical insurance, the splitting of medical costs with the child's mother and for a reservation on the issue of post high school educational expenses of the minor child.

5. That Defendant, SHANE M. ADLER is the Defendant in this case and currently resides at W6615 30th Street, New Lisbon, Wisconsin.

6. That AAA Auto Insurance Wisconsin is an insurance company that insures automobiles and individuals and was the insurance company for Defendant, SHANE M. ADLER on the date of this accident. That AAA Auto Insurance Wisconsin has its principal place of business located at 8401 Excelsior Boulevard, Madison, Wisconsin 53717. That AAA Auto Insurance Wisconsin is underwritten by Auto Club Insurance Association, Auto Club Group Insurance Company and Member Select Insurance Company. That Wisconsin Substantive Law allows for direct action against insurance companies.

### Jurisdiction and Venue

7. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 as there is diversity of citizenship between the Plaintiff and the Defendants and the amount in controversy exceeds the sum of $75,000.00.

8. That venue is proper in this District as AAA Insurance Company of Wisconsin is affiliated with AAA Insurance Company which operates in the State of Illinois with its principal place of business for Illinois operations in Aurora, Illinois.

### COUNT I
### Wrongful Death

9. That on or about January 1, 2006 at approximately 4:00 a.m., the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI, was a passenger in a vehicle being driven by Defendant, SHANE M. ADLER in a westerly direction along 4th Street approximately 100 feet east of the intersection of 4th Street and 19th Avenue in Armenia Township, Juneau County, State of Wisconsin.

10. That at the aforementioned time and place the Plaintiff's Defendant, RAJKUMAR (ROGER) A. THADANI, was at all times exercising due care and caution for his own safety and the safety of others. That the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI, had no control over the manner or any operative detail of how Defendant, SHANE M. ADLER, was controlling and operating the 2004 Chevy truck that he was driving in a westbound direction on 4th Street.

1-8. That Plaintiff hereby adopts and re-alleges Paragraphs 1 through 8 of the General Allegations as Paragraphs 1 through 8 of Count I of this Complaint as though fully set forth herein and incorporates the same by reference.

9. That at the time and place aforementioned, the Defendant, SHANE M. ADLER, lost control of the vehicle that he was operating containing the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI, wherein the vehicle started to fishtail off of the roadway and when Defendant, ADLER tried to overcorrect the vehicle, the truck ended up in a ditch on the south side of the roadway overturning so that the top of the vehicle was resting in approximately 2½ feet of water.

10. That the actions of Defendant, SHANE M. ADLER caused critical injuries which resulted in the Plaintiff's Decedent premature death on January 1, 2006.

11. That at the time and place aforementioned, it then and there became and was the duty of the Defendant, SHANE M. ADLER, to use ordinary care and caution in the operation of the motor vehicle operated by Defendant, SHANE M. ADLER so as not to cause injury to the Plaintiff's Decedent.

12. That at the time and place aforementioned, the Defendant, SHANE M. ADLER, was careless and negligent in one or more of the following respects:

   A. Operated said motor vehicle at a speed which was greater than reasonable and proper with regard to traffic conditions, the use of the highway and/or the safety of the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI;

   B. Failed to keep the vehicle under control when he knew, or in the exercise of reasonable care, should have known, that not keeping the vehicle under control would result in the vehicle running off of the roadway and landing in a ditch on the side of the road;

      C.    Failed to keep the vehicle in a single lane of traffic when he knew, or should have known, that failing to keep the vehicle in a single lane of traffic would result in the vehicle running off of the roadway;

      D.    Carelessly and negligently operated said motor vehicle by failing to slow down, stop, or otherwise alter the course of said vehicle, when danger of running off of the roadway was imminent;

      E.    Carelessly and negligently operated said motor vehicle while under the influence of alcohol and as such was unable to control the vehicle in a proper and reasonable manner; and

      F.    Failed to react in time to the winter conditions of the roadway as a result of his intoxicated state.

13. As a direct and proximate result of one or more of the foregoing careless and negligent and/or omissions of the Defendant, SHANE M. ADLER, the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI, sustained severe internal and external bodily injuries which resulted in his premature death on January 1, 2006.

14. That the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI, left surviving him, GABRIELLE LYNN TOMAN, a minor, born January 8, 1995 who will have sustained severe and permanent damage, including but not limited to pecuniary loss and loss of service, companionship, love, affection and society as a result of the premature death of the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI.

15. That the Plaintiff, BECKY LYNN TOMAN, as Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, brings this action under the Wrongful Death Act.

WHEREFORE, the Plaintiff, BECKY LYNN TOMAN, Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, prays for Judgments against Defendants, SHANE M. ADLER and AAA INSURANCE COMPANY OF WISCONSIN, in the amount of $1,000,000.00 plus costs of this suit.

COUNT II
Survival Action Against Defendants
Shane M. Adler and AAA Insurance Company

1-14.   That Plaintiff restates and re-alleges Paragraphs 1 through 14 of Count I of this Complaint as Paragraphs 1 through 14 of Count II of this Complaint as though fully set forth herein and incorporates the same by reference.

15.   As a direct and proximate result of one or more of the foregoing careless and negligent acts or omissions of the Defendant, SHANE M. ADLER, the Plaintiff's Decedent, RAJKUMAR (ROGER) A. THADANI was injured and suffered damages of a personal and pecuniary nature, including but not limited to pain and suffering prior to his death, damages for which, had he survived, he would have been entitled to maintain an action and such action survived him and accrued to the benefit of his heir at law, to wit, his daughter, GABRIELLE LYNN TOMAN, a minor, born January 8, 1995 and the daughter of the Plaintiff's Decedent and the Plaintiff herein.

16.   That Plaintiff, BECKY LYNN TOMAN, as Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, deceased, brings this action under 755 ILCS 5/27-6, commonly known as the Survival Act.

WHEREFORE, the Plaintiff, BECKY LYNN TOMAN, as Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, deceased, prays for Judgment against the Defendants, SHANE M. ADLER and AAA INSURANCE COMPANY OF WISCONSIN, in the amount of $1,000,000.00 plus costs of this suit.

COUNT III
Common Law Action, Funeral and Burial Expenses
Against these Defendants

1-14.   That Plaintiff restates and re-alleges Paragraphs 1 through 14 of Count II of this Complaint as Paragraphs 1 through 14 of Count III of this Complaint as though fully set forth herein and incorporates the same by reference.

15.   As a direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions of Defendants, SHANE M. ADLER and AAA INSURANCE COMPANY OF WISCONSIN, the Plaintiff, BECKY LYNN TOMAN, as Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, became liable for the medical, funeral and burial expenses of the Decedent, RAJKUMAR (ROGER) A. THADANI.

WHEREFORE, the Plaintiff, BECKY LYNN TOMAN, as Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, deceased, prays for Judgment against Defendants, SHANE M. ADLER and AAA INSURANCE COMPANY OF WISCONSIN, as will fairly and adequately compensate the Plaintiff for the losses alleged above.

Respectfully submitted,

MICHAEL A. MESCHINO, attorney
for Plaintiff

Law Offices of Michael A. Meschino
Attorney for Plaintiff
800 E. Northwest Highway
Suite 503
Palatine, IL  60074
Attorney No. 6182137

8