UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| BECKY L. TOMAN,  )<br>Personal Representative of the Estate of  )<br>RAJKUMAR (ROGER) A. THADANI,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SHANE M. ADLER and AAA INSURANCE  )<br>COMPANY,  )<br>  )<br>Defendants.  ) | 08 CV 18<br>Judge St. Eve<br>Magistrate Cox |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, BECKY LYNN TOMAN, Personal Representative of the Estate of RAJKUMAR (ROGER) A. THADANI, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests that this Court dismiss this case, without prejudice, and in support thereof states as follows:

1.   That on January 2, 2008, Plaintiff, BECKY LYNN TOMAN, the Personal Representative of the Estate of RAJKUMAR A. THADANI filed suit against Defendant, SHANE ADLER and AAA INSURANCE COMPANY alleging Wrongful Death and other state law causes of action. The basis of Federal jurisdiction was the diversity of citizenship between the Plaintiff and all of the Defendants.

2.   That on December 10, 2007 this Court dismissed the Complaint, *sua sponte* as the Plaintiff alleged residency of the Plaintiff and Defendants and not citizenship and as a result thereof, the Court dismissed the suit. Additionally, the Court set forth its objections to the Complaint in the statement attached to the Minute Order dated January 10, 2008 which included,

among the reasons for dismissal was the fact that the legal representative of the estate of the decedent shall be deemed to be a citizen only of the same State as the decedent pursuant to 28 U.S.C. §1332(c)(2).

3. That this was the initial filing by the Plaintiff with relation to the events that are contained in the Complaint filed before this Court.  That there has never been a dismissal in any Court of the United States or any state of an action based on or including the same claim.  That this notice is being made at a time before service by any of the adverse parties of an answer or of a motion for summary judgment.

        Respectfully submitted,

_____
MICHAEL A. MESCHINO, attorney for Plaintiff

Law Offices of Michael A. Meschino
Attorney for Plaintiff
800 E. Northwest Highway
Suite 503
Palatine, IL  60074
Attorney No. 6182137

2