UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Becky L Toman
                                    Plaintiff,

v.                                                                    Case No.: 1:08−cv−00018
                                                                       Honorable Amy J. St. Eve

Shane M Adler, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, February 11, 2008:


      MINUTE entry before Judge Amy J. St. Eve :MOTION by Plaintiff Becky L Toman to dismiss [5] is granted. Case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a).Mailed notice(tmh, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.